UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-112-GW-MARx | Date | August 3, 2022 |
|---|---|---|---|
| Title | *Calvin Kwon v. Grace Diab* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On August 3, 2022, Plaintiff Calvin Kwon filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for September 8, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on September 7, 2022.

                                                                                                                                        :
                                                                    Initials of Preparer    JG